**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-743-7000

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CARLTON CHASE**, **ERIC MACCARTNEY** and **LUANNE MUELLER**, individually and on behalf of all others, <br><br> Plaintiffs, <br><br> v. <br><br> **GORDON, AYLWORTH & TAMI, P.C.** and **VISION INVESTIGATIVE SERVICE, LLC**, <br><br> Defendants. | Case No. 3:18-cv-00568-AC <br><br> **COVER SHEET** |

# EXHIBIT 1

**COVER SHEET**

Exhibit 1 – Page 1 of 19

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR CLACKAMAS COUNTY

| | |
|---|---|
| MIDLAND FUNDING, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CARLTON CHASE, IV,<br><br>　　　　　　　　　　　Defendant. | Case No. _____<br><br>COMPLAINT<br>(For Breach of Contract)<br>ORS 21.160(1)(a)<br>**FOR A CLAIM LESS THAN $10,000**<br>SUBJECT TO MANDATORY ARBITRATION<br>TOTAL CLAIM: $752.64 |

Plaintiff alleges:　　　　　　　BREACH OF CONTRACT

**1.**

Plaintiff is a limited liability company, which for good and valuable consideration purchased Defendant's Synchrony Bank/Lowe's credit account and contract and all of the associated rights thereunder.

**2.**

Defendant, an individual residing in Clackamas County Oregon, entered into a contract with Synchrony Bank/Lowe's for a credit account. The credit account was issued to Defendant under the account number ************4184.

**3.**

Synchrony Bank/Lowe's supplied the credit account to Defendant subject to an agreement to repay all amounts charged to the account plus all associated costs and fees.

**4.**

Defendant thereafter used the credit account and became indebted to Synchrony Bank/Lowe's.

**5.**

Synchrony Bank/Lowe's performed its obligations under the terms of the contract.

Page 1 -- Complaint

Gordon, Aylworth & Tami, P.C.
Attorneys at Law
4023 W 1st Ave / P.O. Box 22338
Eugene, OR 97402
Phone: (541) 342-2276  Fax: (541) 343-8059  Email: info@gatlawfirm.com

Exhibit 1 – Page 2 of 19

**6.**

Defendant breached the contract by failing to make payment(s) as agreed. As a result, Defendant's credit account was charged off for delinquency on April 12, 2015.

**7.**

As a result of Defendant's breach, Defendant is indebted to Plaintiff in the sum of $752.64. Plaintiff is also entitled to actual costs and disbursements.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. The sum of $752.64;
2. Plaintiff's costs and disbursements incurred herein.

Dated this __4th__ day of May, 2017.

                                                  Gordon, Aylworth & Tami, P.C.

_____
[ ] Matthew R. Aylworth, OSB #070930
[ ] Eleanor Tami, OSB #105214
[✓] Jessica A. Smith, OSB #144344
[ ] Peter A. Zochowski, OSB #131605
Of Attorneys for Plaintiff
Trial Attorney not yet appointed

Gordon, Aylworth & Tami, P.C.
Attorneys at Law
4023 W 1st Ave / P.O. Box 22338
Eugene, OR 97402
Phone: (541) 342-2276   Fax: (541) 343-8059   Email: info@gatlawfirm.com

# **RETURN OF SERVICE**

State of Oregon      County of Clackamas      Circuit Court

Plaintiff:
Midland Funding, LLC                    Case # 17CV19572

vs.

Defendant:
Carlton Chase, IV

For:
Gordon, Aylworth & Tami, P.C.
P.O. Box 22338
Eugene, OR 97402

Received by Vision Investigative Services, LLC to be served on Carlton Chase, IV, 27730 S.E. McMinn Rd., Eagle Creek, OR 97022-9681,

I, Linda L. Joll, do hereby affirm that on June 20, 2017,

Defendant was served a true copy of the Summons and Complaint at the address of 11490 SE Sunnyside Rd. Apt 35, Clackamas, OR 97015-5311, via certified mail, return receipt requested, restricted delivery. Attached hereto as Exhibit A is the certified mail receipt stamped by the US Post Office at Eugene, OR and the certified receipt signed by the Defendant on June 20, 2017. A follow-up mailing by first class mail occurred on June 27, 2017.

I am a competent person over the age of 18, a resident of the State of Oregon, and not a party to this action. I hereby declare under penalty of perjury under the laws of this State that the foregoing is true and correct.

*Linda L. Joll*
Linda L. Joll
Process Server
Vision Investigative Services, LLC
P.O. Box 24005
Eugene, OR 97402
(541) 342-2276

Exhibit 1 – Page 4 of 19



Date: June 21, 2017

NOEL JOHNSON:

The following is in response to your June 21, 2017 request for delivery information on your Certified Mail™/RRE/RD item number 9236090179076110272497.  The delivery record shows that this item was delivered on June 20, 2017 at 3:52 pm in CLACKAMAS, OR  97015. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

EXHIBIT A
Exhibit 1 – Page 5 of 19


IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR CLACKAMAS COUNTY

| | |
|---|---|
| MIDLAND FUNDING, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CARLTON CHASE, IV,<br><br>　　　　　　　　　　Defendant. | Case No. 17CV19572<br><br>STATEMENT FOR COSTS AND DISBURSEMENTS FOR PLAINTIFF<br>(UTCR 5.080) |

　　　　The undersigned attorney offers the following facts in support of an award of reasonable and necessary costs and disbursements:

1.　Plaintiff is entitled to the recovery of reasonable and necessary costs and disbursements as authorized by ORCP 68A(2), including expedited service fees pursuant to ORS 20.115(2)(d). The costs, as detailed below, are billed directly to the client and are not overhead expenses.

2.　Expedited Service was necessary and the service fees set forth below reflect the actual costs of the service.

```
        Filing Fee:                     $158.00
        Service Fees (expedited service): $45.00
        TOTAL:                          $203.00
```

**I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

　　　　Dated this __24__ day of July, 2017.

　　　　　　　　　　　　　　Gordon, Aylworth & Tami, P.C.


　　　　　　　　　　　　　　_/s/ Peter Zochowski_____
　　　　　　　　　　　　　　[ ]Matthew R. Aylworth, OSB #070930
　　　　　　　　　　　　　　[ ]Eleanor Tami, OSB #105214
　　　　　　　　　　　　　　[ ]Jessica A. Smith, OSB #144344
　　　　　　　　　　　　　　[✓]Peter A. Zochowski, OSB #131605
　　　　　　　　　　　　　　of Attorneys for Plaintiff

Page 1 - Statement for Costs and Disbursements
Case No. 17CV19572

Exhibit 1 – Page 6 of 19

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
FOR CLACKAMAS COUNTY

| | |
|---|---|
| MIDLAND FUNDING, LLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>CARLTON CHASE, IV,<br>                      Defendant. | Case No. 17CV19572<br><br>SATISFACTION<br>OF JUDGMENT |

\_\_ Partial or

XX Full Satisfaction of Judgment made and entered in the entitled Court and Cause.

Dated this 25th day of September, 2017.

                                              Gordon, Aylworth & Tami, PC

                                              [ ] Matthew R. Aylworth, OSB#070930
                                              [ ] Eleanor Tami, OSB#105214
                                              [X] Jessica A. Smith, OSB #144344
                                              [ ] Peter A. Zochowski, OSB #131605
                                              of Attorneys for Plaintiff

State of OREGON
County of Lane

    SIGNED AND SWORN before me, this 25 day of September, 2017 by the above named Attorney for Judgment Plaintiff.

OFFICIAL STAMP
SAMANTHA NOEL FISCHER
NOTARY PUBLIC-OREGON
COMMISSION NO. 961083
MY COMMISSION EXPIRES APRIL 03, 2021

                                              Notary Public for Oregon

Gordon, Aylworth & Tami, P.C.
Attorneys at Law
4023 W 1st Ave, / P.O. Box 22338 Eugene, OR 97402
Phone (541) 342-2276 Fax (541) 343-8059 Email: info@gatlawfirm.com

Page - 1 - Satisfaction of Judgment

Exhibit 1 – Page 7 of 19

5/4/2017 2:08:44 PM
17CV18244

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR MULTNOMAH COUNTY

| | |
|---|---|
| MIDLAND FUNDING, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ERIC MACCARTNEY,<br><br>　　　　　　　　　　　Defendant. | Case No. _____<br><br>COMPLAINT<br>(For Breach of Contract)<br>ORS 21.160(1)(a)<br>**FOR A CLAIM LESS THAN $10,000**<br>SUBJECT TO MANDATORY ARBITRATION<br>TOTAL CLAIM: $1,057.48 |

Plaintiff alleges:　　　　　BREACH OF CONTRACT

**1.**

Plaintiff is a limited liability company, which for good and valuable consideration purchased Defendant's Synchrony Bank/Home Design credit account and contract and all of the associated rights thereunder.

**2.**

Defendant, an individual residing in Multnomah County Oregon, entered into a contract with Synchrony Bank/Home Design for a credit account. The credit account was issued to Defendant under the account number ************2512.

**3.**

Synchrony Bank/Home Design supplied the credit account to Defendant subject to an agreement to repay all amounts charged to the account plus all associated costs and fees.

**4.**

Defendant thereafter used the credit account and became indebted to Synchrony Bank/Home Design.

**5.**

Synchrony Bank/Home Design performed its obligations under the terms of the contract.

Page 1 -- Complaint

Exhibit 1 – Page 8 of 19

**6.**

Defendant breached the contract by failing to make payment(s) as agreed. As a result, Defendant's credit account was charged off for delinquency on April 3, 2016.

**7.**

As a result of Defendant's breach, Defendant is indebted to Plaintiff in the sum of $1,057.48. Plaintiff is also entitled to actual costs and disbursements.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. The sum of $1,057.48;
2. Plaintiff's costs and disbursements incurred herein.

Dated this __24__ day of April, 2017.

                                        Gordon, Aylworth & Tami, P.C.

                                        _/s/ Peter Zochowski_____

[ ] Matthew R. Aylworth, OSB #070930
[ ] Eleanor Tami, OSB #105214
[ ] Jessica A. Smith, OSB #144344
[✓] Peter A. Zochowski, OSB #131605
Of Attorneys for Plaintiff
Trial Attorney not yet appointed

Gordon, Aylworth & Tami, P.C.
Attorneys at Law
4023 W 1st Ave / P.O. Box 22338
Eugene, OR 97402
Phone: (541) 342-2276  Fax: (541) 343-8059  Email: info@gatlawfirm.com

Page 2 -- Complaint

Exhibit 1 – Page 9 of 19

7/6/2017 3:47:31 PM
17CV18244

# **RETURN OF SERVICE**

State of Oregon          County of Multnomah          Circuit Court

Plaintiff:
Midland Funding, LLC                              Case # 17CV18244

vs.

Defendant:
Eric MacCartney

For:
Gordon, Aylworth & Tami, P.C.
P.O. Box 22338
Eugene, OR 97402

Received by Vision Investigative Services, LLC to be served on Eric MacCartney, 2001 S.E. 101st Ave., Portland, OR 97216-2623,

I, Linda L. Joll, do hereby affirm that on May 22, 2017,

Defendant was served a true copy of the Summons and Complaint at the address of 2001 S.E. 101st Ave., Portland, OR 97216-2623, via certified mail, return receipt requested, restricted delivery. Attached hereto as Exhibit A is the certified mail receipt stamped by the US Post Office at Eugene, OR and the certified receipt signed by the Defendant on May 22, 2017. A follow-up mailing by first class mail occurred on May 30, 2017.

I am a competent person over the age of 18, a resident of the State of Oregon, and not a party to this action. I hereby declare under penalty of perjury under the laws of this State that the foregoing is true and correct.

                                                   */s/ Linda L. Joll*
                                                 Linda L. Joll
                                                 Process Server
                                                 Vision Investigative Services, LLC
                                                 P.O. Box 24005
                                                 Eugene, OR 97402
                                                 (541) 342-2276

Exhibit 1 – Page 10 of 19



Date Produced: 05/29/2017

GORDON AYLWORTH TAMI PC:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 7907 6110 2598 63. Our records indicate that this item was delivered on 05/22/2017 at 05:04 p.m. in PORTLAND, OR 97216. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

EXHIBIT A

Customer Reference Number: 6011358730

Exhibit 1 – Page 11 of 19

7/10/2017 2:05:20 PM
17CV18244

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR MULTNOMAH COUNTY

| MIDLAND FUNDING, LLC, | Case No. 17CV18244 |
| Plaintiff, | |
| vs. | STATEMENT FOR COSTS AND DISBURSEMENTS FOR PLAINTIFF |
| ERIC MACCARTNEY, | (UTCR 5.080) |
| Defendant. | |

The undersigned attorney offers the following facts in support of an award of reasonable and necessary costs and disbursements:

1. Plaintiff is entitled to the recovery of reasonable and necessary costs and disbursements as authorized by ORCP 68A(2), including expedited service fees pursuant to ORS 20.115(2)(d). The costs, as detailed below, are billed directly to the client and are not overhead expenses.

2. Expedited Service was necessary and the service fees set forth below reflect the actual costs of the service.

    Filing Fee:                              $158.00
    Service Fees (expedited service): $ 45.00
    TOTAL:                                   $203.00

**I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

Dated this __28__ day of June, 2017.

Gordon, Aylworth & Tami, P.C.

_____
[ ] Matthew R. Aylworth, OSB #070930
[ ] Eleanor Tami, OSB #105214
[ ] Jessica A. Smith, OSB #144344
[✓] Peter A. Zochowski, OSB #131605
of Attorneys for Plaintiff

Page 1 - Statement for Costs and Disbursements
Case No. 17CV18244

Exhibit 1 – Page 12 of 19

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
FOR MULTNOMAH COUNTY

MIDLAND FUNDING, LLC,

    Plaintiff,

vs.

ERIC MACCARTNEY,

    Defendant.

Case No. 17CV18244

SATISFACTION OF JUDGMENT

___ Partial or

XX Full Satisfaction of Judgment made and entered in the entitled Court and Cause.

Dated this 20 day of October, 2017.

Gordon, Aylworth & Tami, PC

[ ] Matthew R. Aylworth, OSB#070930
[✓] Eleanor Tami, OSB#105214
[ ] Jessica A. Smith, OSB #144344
[ ] Peter A. Zochowski, OSB #131605
of Attorneys for Plaintiff

State of OREGON
County of Lane

SIGNED AND SWORN before me, this 20 day of October, 2017 by the above named Attorney for Judgment Plaintiff.

OFFICIAL STAMP
SAMANTHA NOEL FISCHER
NOTARY PUBLIC-OREGON
COMMISSION NO. 961083
MY COMMISSION EXPIRES APRIL 03, 2021

Notary Public for Oregon

Gordon, Aylworth & Tami, P.C.
Attorneys at Law
4023 W 1st Ave. / P.O. Box 22338 Eugene, OR 97402
Phone (541) 342-2276 Fax (541) 343-8059 Email: info@gatlawfirm.com

Page - 1 - Satisfaction of Judgment

Exhibit 1 – Page 13 of 19

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR CLACKAMAS COUNTY

| | |
|---|---|
| MIDLAND FUNDING, LLC,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LUANNE MUELLER aka LUANNE MULLER,<br><br>　　　　　　　　　　　　Defendant. | Case No. _____<br><br>COMPLAINT<br>(For Breach of Contract)<br>ORS 21.160(1)(a)<br>**FOR A CLAIM LESS THAN $10,000**<br>SUBJECT TO MANDATORY ARBITRATION<br>TOTAL CLAIM: $1,303.49 |

Plaintiff alleges:　　　　　　BREACH OF CONTRACT

**1.**

Plaintiff is a limited liability company, which for good and valuable consideration purchased Defendant's Citibank, N.A./Sears credit account and contract and all of the associated rights thereunder.

**2.**

Defendant, an individual residing in Clackamas County Oregon, entered into a contract with Citibank, N.A./Sears for a credit account. The credit account was issued to Defendant under the account number *************1891.

**3.**

Citibank, N.A./Sears supplied the credit account to Defendant subject to an agreement to repay all amounts charged to the account plus all associated costs and fees.

**4.**

Defendant thereafter used the credit account and became indebted to Citibank, N.A./Sears.

**5.**

Citibank, N.A./Sears performed its obligations under the terms of the contract.

Page 1 -- Complaint

**Exhibit 1 – Page 14 of 19**

**6.**

Defendant breached the contract by failing to make payment(s) as agreed. As a result, Defendant's credit account was charged off for delinquency on December 30, 2016.

**7.**

As a result of Defendant's breach, Defendant is indebted to Plaintiff in the sum of $1,303.49. Plaintiff is also entitled to actual costs and disbursements.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. The sum of $1,303.49;
2. Plaintiff's costs and disbursements incurred herein.

Dated this __15__ day of August, 2017.

        Gordon, Aylworth & Tami, P.C.

        */s/ Peter Zochowski*
        _____
        [ ] Matthew R. Aylworth, OSB #070930
        [ ] Eleanor Tami, OSB #105214
        [ ] Jessica A. Smith, OSB #144344
        [✓] Peter A. Zochowski, OSB #131605
        Of Attorneys for Plaintiff
        Trial Attorney not yet appointed

Gordon, Aylworth & Tami, P.C.
Attorneys at Law
4023 W 1st Ave / P.O. Box 22338
Eugene, OR 97402
Phone: (541) 342-2276   Fax: (541) 343-8059   Email: info@gatlawfirm.com

Page 2 -- Complaint

Exhibit 1 – Page 15 of 19

# **RETURN OF SERVICE**

State of Oregon            County of Clackamas            Circuit Court

Plaintiff:
Midland Funding, LLC                                Case # 17CV35553

vs.

Defendant:
Luanne Mueller aka Luanne Muller

For:
Gordon, Aylworth & Tami, P.C.
P.O. Box 22338
Eugene, OR 97402

Received by Vision Investigative Services, LLC to be served on Luanne Mueller, 5215 Bonita Rd., Lake Oswego, OR 97035-3209,

I, Linda L. Joll, do hereby affirm that on August 21, 2017,

Defendant was served a true copy of the Summons and Complaint at the address of 5215 Bonita Rd., Lake Oswego, OR 97035-3209, via certified mail, return receipt requested, restricted delivery. Attached hereto as Exhibit A is the certified mail receipt stamped by the US Post Office at Eugene, OR and the certified receipt signed by the Defendant on August 21, 2017. A follow-up mailing by first class mail occurred on August 31, 2017.

I am a competent person over the age of 18, a resident of the State of Oregon, and not a party to this action. I hereby declare under penalty of perjury under the laws of this State that the foregoing is true and correct.

_Linda L. Joll_
Linda L. Joll
Process Server
Vision Investigative Services, LLC
P.O. Box 24005
Eugene, OR 97402
(541) 342-2276

Exhibit 1 – Page 16 of 19



Date Produced: 08/28/2017

GORDON AYLWORTH TAMI PC:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 7907 6110 3941 82. Our records indicate that this item was delivered on 08/21/2017 at 12:03 p.m. in LAKE OSWEGO, OR 97035. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 6011363646

**EXHIBIT A**

Exhibit 1 – Page 17 of 19

10/6/2017 10:34:45 AM
17CV35553

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR CLACKAMAS COUNTY

| | |
|---|---|
| MIDLAND FUNDING, LLC,<br><br>                                      Plaintiff,<br>vs.<br><br>LUANNE MUELLER aka LUANNE MULLER,<br>                                      Defendant. | Case No. 17CV35553<br><br>STATEMENT FOR COSTS AND<br>DISBURSEMENTS FOR PLAINTIFF<br>(UTCR 5.080) |

The undersigned attorney offers the following facts in support of an award of reasonable and necessary costs and disbursements:

1. Plaintiff is entitled to the recovery of reasonable and necessary costs and disbursements as authorized by ORCP 68A(2), including expedited service fees pursuant to ORS 20.115(2)(d). The costs, as detailed below, are billed directly to the client and are not overhead expenses.

2. Expedited Service was necessary and the service fees set forth below reflect the actual costs of the service.

        Filing Fee:                            $158.00
        Service Fees (expedited service): $45.00
        TOTAL:                             $203.00

**I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

        Dated this __2__ day of October, 2017.

                                Gordon, Aylworth & Tami, P.C.

                                _/s/ Peter Zochowski_____
                                [ ] Matthew R. Aylworth, OSB #070930
                                [ ] Eleanor Tami, OSB #105214
                                [ ] Jessica A. Smith, OSB #144344
                                [✓] Peter A. Zochowski, OSB #131605
                                of Attorneys for Plaintiff

15

IN THE CIRCUIT COURT FOR THE STATE OF OREGON
FOR CLACKAMAS COUNTY

| | |
|---|---|
| MIDLAND FUNDING, LLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>LUANNE MUELLER aka LUANNE MULLER,<br>                      Defendant. | Case No. 17CV35553<br><br>SATISFACTION<br>OF JUDGMENT |

\_\_ Partial or

XX Full Satisfaction of Judgment made and entered in the entitled Court and Cause.

Dated this \_\_1\_\_ day of February, 2018.

                                            Gordon, Aylworth & Tami, PC

[ ] Matthew R. Aylworth, OSB#070930
[X] Eleanor Tami, OSB#105214
[ ] ~~Jessica A. Smith, OSB #144344~~
[ ] Peter A. Zochowski, OSB #131605
of Attorneys for Plaintiff

State of OREGON
County of Lane

    SIGNED AND SWORN before me, this \_\_1\_\_ day of February, 2018 by the above named Attorney for Judgment Plaintiff.

OFFICIAL STAMP
CHELSEA LYNN HAND
NOTARY PUBLIC-OREGON
COMMISSION NO. 958061
MY COMMISSION EXPIRES JANUARY 19, 2021

Notary Public for Oregon

Page - 1 - Satisfaction of Judgment

Gordon, Aylworth & Tami, P.C.
Attorneys at Law
4023 W 1st Ave, / P.O. Box 22338 Eugene, OR 97402
Phone (541) 342-2276 Fax (541) 343-8059 Email: info@gatlawfirm.com

Exhibit 1 – Page 19 of 19