## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ERIC MACCARTNEY and LUANNE MUELLER,** individually and on behalf of all others,<br><br>    Plaintiffs,<br><br> v.<br><br>**GORDON, AYLWORTH, & TAMI, P.C., and VISION INVESTIGATIVE SERVICE, LLC**,<br><br>    Defendants. | Case No. 3-18-cv-568-AC<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

U.S. Magistrate Judge John V. Acosta issued Findings and Recommendation in this case on October 12, 2021. ECF 92. Judge Acosta recommended that the Court grant the unopposed Motion for Preliminary Approval of Class Settlement and Certification (ECF 83). No party has filed an objection.

PAGE 1 – ORDER

Under the Federal Magistrates Act ("Act"), the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files an objection to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Magistrate Judge Acosta's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation, ECF 92. The Court grants the Motion for Preliminary Approval of Class Settlement and Certification (ECF 83).

**IT IS SO ORDERED**.

DATED this 27th day of October, 2021.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – ORDER